

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00593-CV

Venus **MINSAL**,
Appellant

v.

Abel H. **GARCIA**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-18466
Honorable Antonia Arteaga, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Costs of this appeal are assessed against the appellant.

SIGNED April 8, 2015.

_____
Luz Elena D. Chapa, Justice